### Joseph Day v. William Wilber.

THE plaintiff had, in the last term, obtained a reversal of the judgment below, for a defect in the return of the oath administered to the constable. So soon as the court had delivered their opinion, the plaintiff's counsel left town. The next day *Gold*, on affidavit that the error arose from a clerical mistake in copying, obtained a peremptory order to amend. After the plaintiff had, on the judgment pronounced, made up his record, he was served with a copy of the order to amend. The application now was to vacate that order.

*Simonds*, for the plaintiff.

*Harison*, contra.

*Per Curiam.* We ought to alter the order complained of, and give till the first day of next term, to show cause against the amendment; that in the mean time all proceedings stay, and that the defendant's attorney serve a copy of Mr. *Gold's* affidavit, on the attorney of the plaintiff.